## No. 17,123.

BROWN ET AL. *v.* FREEMAN.
(264. P. [2d] 512)

Decided December 14, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. SUTTON & AMAN, for plaintiffs in error.

Mr. EDWARD H. SHERMAN, Mr. ANDREW J. EVANS, for defendant in error.